UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**

APR 2 4 2012

AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

-----------------------------------------------------------------  x

JOANN DIFULVIO and VINCENT DIFULVIO,

        Plaintiff

-against-

DAVID A. RODWAY and
TRAVELERS TRAN. SER#002.

        Defendants.

Civil Case No.: 5:10-CV-1208

**STIPULATION OF
DISCONTINUANCE**

-----------------------------------------------------------------  x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

the attorneys of record for the parties to the above-entitled action, that whereas no party

hereto is an infant or an incompetent person for whom a committee has been appointed

and no person not a party has an interest in the subject matter of this action, the above

entitled action be, and the same hereby is, discontinued on the merits, with prejudice,

without costs to either party as against the other.

    It is further stipulated and agreed that this stipulation may be filed without further

notice with the Clerk of Court and a facsimile copy maintains the same force and effect

as the original.

Dated: Stamford, Connecticut
      March 14, 2012

Alexander & Catalano, LLC
Attorney for Plaintiff
115 East Jefferson Street, Suite 403
Syracuse, NY 13202
(315) 479-8660

_____
James L. Alexander

**IT IS SO ORDERED.**

_____
**Norman A. Mordue**
**District Judge**

Wilson Elser
Attorneys for Defendants
1010 Washington Blvd **Dated:** _4/24, 2012_
Stamford, CT 06901
(203) 388-9100

_____
Joseph M. Solimene

STDOCS01 262919v.1

DiFulvio – Partial Stipulation of Discontinuance Page 1 of 2